**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 29, 2009

Charles R. Fulbruge III
Clerk

No. 08-51257
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DEBRA RENEE RATLIFF,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:08-CR-123-2

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Debra Renee Ratliff appeals her sentence following her guilty plea conviction of conspiracy to manufacture 50 grams or more of methamphetamine and to possess pseudoephedrine with the intent to manufacture methamphetamine. Ratliff argues that the 262-month sentence imposed by the district court was unreasonable because it was based disproportionately on her criminal history and did not account for the minor role that she played in the conspiracy. Because Ratliff's plea agreement contained a waiver-of-appeal provision that waived her right to appeal any aspect of her sentence and because

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the rearraignment transcript shows that her waiver of appeal was knowing and voluntary, the instant appeal is barred. *See United States v. McKinney*, 406 F.3d 744, 746-47 (5th Cir. 2005); *United States v. Bond*, 414 F.3d 542, 544 (5th Cir. 2005). The judgment of the district court is therefore AFFIRMED.